IN THE UNITED STATES DISTRICT COURT

OF THE STATE OF PENNSYLVANIA

| | | |
|---|---|---|
| THERESA DORN, | ) | |
| PLAINFIFF | ) | |
| | ) | |
| VS. | ) | EEOC CHARGE NO. 530-2021-00260 |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEFENDANT | ) | |

FILED

FEB 2 5 2021

KATE BARKMAN, Clerk
By _____ Dep. Clerk

## COMPLAINT

In the United States District Court in the State of Pennsylvania, the Plaintiff, Theresa Dorn, was notified by the U.S. Equal Employment Opportunity Commission, also known as EEOC, that her charge was not timely filed.

Plaintiff, Theresa Dorn, acting as PRO SE, pleas with the Court to understand that the delay in filing, is due to medical physicians could not diagnosis the medical condition until April 2020 which found cognitive and vision disabilities.

The Exhibit A, provides a copy of the plaintiff's test results.

Plaintiff hereby shows in Exhibit B, a copy of the charge of discrimination.

Plaintiff, Theresa Dorn, hereby pleas entitlement of relief.

I HEREBY ATTEST THIS TRUE AND CORRECT COPY ON THIS 24 DAY OF February, 2021.

THERESA DORN, PRO SE

_Theresa Dorn_

NOTARY PUBLIC

LISA ANN ROSENBERGER
Notary Public
State of Delaware
My Commission Expires On
May 20, 2021



United St
of the S
Eastern
504 W
Allento

ates District Court
tate of Pennsylvania
District of PA
. Hamilton St,
wn, PA 18101




# PRIORITY MAIL EXPRESS®

PRESS FIRMLY TO SEAL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

EP13F May 2020
OD: 12 1/2 x 9 1/2

PS10001000006





UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

**FROM:** (PLEASE PRINT)  PHONE ( ) 302-743-7002
Theresa Dorn
109 Milano Dr
Bear DE 19701

**TO:** (PLEASE PRINT)  PHONE ( )
Eastern US District Court
of PA
504 W. Hamilton St
Allentown, PA 18101

DELIVERY OPTIONS (Customer Use Only)
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)
☐ 10:30 AM Delivery Required (additional fee, where available)

**PAYMENT BY ACCOUNT** (if applicable)

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|---|
| 18101 | Scheduled Delivery Date | Postage $ 26.35 | | |
| Date Accepted 2-24-21 | Scheduled Delivery Time ☐ 10:30 AM ☐ 12 NOON ☐ 3:00 PM | Insurance Fee $ — | COD Fee $ — | |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ — | Return Receipt Fee $ — | Live Animal Transportation Fee $ — | |
| Special Handling/Fragile $ — | Sunday/Holiday Premium Fee $ — | Total Postage & Fees $ 26.35 | | |
| Weight 4.2 lbs ☐ Flat Rate | Acceptance Employee Initials | | | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MARCH 2019  PSN 7690-02-000-9996

EJ 509 504 667 US

U.S. POSTAGE PAID
PME
BEAR, DE
19701
FEB 24, 21
AMOUNT
**$26.35**
R2305P150525-17

1007  18101






